In the Matter of DOMINICK GIAQUINTO, Appellant, v COMMISSIONER OF NEW YORK STATE DEPARTMENT OF HEALTH, Respondent, et al., Respondent.

Submitted March 17, 2008; decided March 20, 2008

Submitted March 17, 2008; decided March 20, 2008

Motion by National Center for Law and Economic Justice, Inc. for leave to appear amicus curiae on the appeal herein

granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and 24 copies filed within seven days.